UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

HILARY ROGERS,                          )
                                        )
     Plaintiff,                         )
                                        )
v.                                      )          No. 1:25-cv-305-CLC-CHS
                                        )
PARKRIDGE MEDICAL CENTER, INC.,  )
                                        )
     Defendant.                         )

## JOINT STIPULATION

Plaintiff, Hilary Rogers, and Defendant, Parkridge Medical Center, Inc., stipulate and

agree, for purposes of this civil action only, to the following:

**During the time period relevant to the lawsuit, Plaintiff had a medical
condition that substantially limited one or more major life activities, including
the normal operation of bowel movements, and thus was disabled within the
meaning of the Americans with Disabilities Act, 42 U.S.C. § 12102(1)(A).**

This stipulation applies to all stages of litigation, including summary judgment and trial.  Nothing

in this stipulation precludes either party from introducing evidence about Plaintiff's medical

condition(s).

        Respectfully submitted,

        **MIKEL & HAMILL PLLC**

        By:    *s/ Doug S. Hamill*
             Doug S. Hamill (BPR No. 022825)
             620 Lindsay Street, Suite 200
             Chattanooga, TN 37403
             (423) 541-5400
             dhamill@mhemploymentlaw.com

        *Counsel for Plaintiff*

**HOLLAND & KNIGHT LLP**

By:     s/ *Mark W. Peters*
        Mark W. Peters (BPR No. 018422)
        Devin J. Dunkley (BPR No. 040222)
        511 Union Street, Suite 2700
        Nashville, TN 37219
        markwpeters@hklaw.com
        devin.dunkley@hklaw.com

*Counsel for Defendant*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of June, 2026, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

By:     s/ *Doug S. Hamill*

2